

**CALLOS RESOURCE**
5083 Market St
Youngstown, OH 44512

KeyBank National Association    50-704/412

CHECK NO: 100093372
CHECK DATE: 3/6/2015

AMOUNT:    VOID

XXXXXXXXXXXXXX   VOID - Direct Deposit   XXXXXXXXXXXXXX

PAY TO THE ORDER OF   JOHN W POWERS
                     135 MERCER ST, APT 2
                     Butler, PA  16001

**VOID AFTER 90 DAYS**

⑆100093372⑆  ⑈041207040⑈   350993203255⑈

Name: POWERS, JOHN W          SSN: 203728285              Date: 3/6/2015

| Date | Customer | Type | RHrs | Payrate | OHrs | OTPayrate | DH | Salary | AdjGrMisc | Units | URate | TotalPay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2015 | IPC Energy Services | Reg | 33.25 | $13.00 | 0 | $19.50 | 0 | $0.00 | $0.00 | 0 | $0.00 | $432.25 |
| **Total Earnings** | | | | | | | | | | | | **$432.25** |

YTD Gross: **$1,291.88**          Net:  **$306.96**

| Tax | Tax | YTDTax | YTDTaxable | Allow | AddWH |
|---|---|---|---|---|---|
| EFica | $26.80 | $80.10 | $1,291.88 | 0 | $0.00 |
| EMed | $6.27 | $18.73 | $1,291.88 | 0 | $0.00 |
| EmedSu | $0.00 | $0.00 | $0.00 | 0 | $0.00 |
| PAEEU | $0.30 | $0.90 | $1,291.88 | 0 | $0.00 |
| PANA | $13.27 | $39.66 | $1,291.88 | 0 | $0.00 |
| USS | $74.33 | $235.07 | $1,291.88 | 0 | $25.00 |
| XPABI | $2.16 | $6.46 | $1,291.88 | 0 | $0.00 |
| YPABU | $2.16 | $6.46 | $1,291.88 | 0 | $0.00 |

JOHN W POWERS
135 MERCER ST, APT 2
Butler, PA  16001

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

# CALLOS RESOURCE

5083 Market St
Youngstown, OH 44512

KeyBank National Association    56-704/412

CHECK NO: 100095708
CHECK DATE: 3/13/2015

AMOUNT:    VOID

XXXXXXXXXXXXX    VOID - Direct Deposit    XXXXXXXXXXXXX

PAY TO THE ORDER OF

JOHN W POWERS
135 MERCER ST, APT 2
Butler, PA  16001

**VOID AFTER 90 DAYS**

⑆100095708⑆ ⑈041207040⑈ 350993203255⑈

Name: POWERS, JOHN W    SSN: 203728285    Date: 3/13/2015

| Date | Customer | Type | RHrs | Payrate | OHrs | OTPayrate | DH | Salary | AdjGrMisc | Units | URate | TotalPay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/7/2015 | IPC Energy Services | Reg | 24.25 | $13.00 | 0 | $19.50 | 0 | $0.00 | $0.00 | 0 | $0.00 | $315.25 |
| **Total Earnings** | | | | | | | | | | | | **$315.25** |

YTD Gross: **$1,607.13**    Net: **$221.30**

| Tax | Tax | YTDTax | YTDTaxable | Allow | AddWH |
|---|---|---|---|---|---|
| EFica | $19.54 | $99.64 | $1,607.13 | 0 | $0.00 |
| EMed | $4.57 | $23.30 | $1,607.13 | 0 | $0.00 |
| EmedSu | $0.00 | $0.00 | $0.00 | 0 | $0.00 |
| PAEEU | $0.22 | $1.12 | $1,607.13 | 0 | $0.00 |
| PANA | $9.68 | $49.34 | $1,607.13 | 0 | $0.00 |
| USS | $56.78 | $291.85 | $1,607.13 | 0 | $25.00 |
| XPAB1 | $1.58 | $8.04 | $1,607.13 | 0 | $0.00 |
| YPABU | $1.58 | $8.04 | $1,607.13 | 0 | $0.00 |

JOHN W POWERS
135 MERCER ST, APT 2
Butler, PA  16001

🔒 THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS 🔒

**CALLOS**
RESOURCE
5083 Market St
Youngstown, OH 44512

KeyBank National Association   56-704
                                412

CHECK NO: 100090771
CHECK DATE: 2/27/2015

AMOUNT:   VOID

XXXXXXXXXXXXXX  VOID - Direct Deposit  XXXXXXXXXXXXXX

PAY TO THE ORDER OF  JOHN W POWERS
135 MERCER ST, APT 2
Butler, PA  16001

VOID AFTER 90 DAYS

⑆100090771⑆ ⑈041207040⑈ 350993203255⑆

---

Name: POWERS, JOHN W        SSN: 203728285           Date: 2/27/2015

| Date | Customer | Type | RHrs | Payrate | OHrs | OTPayrate | DH | Salary | AdjGrMisc | Units | URate | TotalPay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/21/2015 | IPC Energy Services | Reg | 40 | $13.00 | 14.75 | $19.50 | 0 | $0.00 | $0.00 | 0 | $0.00 | $807.63 |
| **Total Earnings** | | | | | | | | | | | | **$807.63** |

Name: POWERS, JOHN W          SSN: 203728285          Date: 2/20/2015

| Date | Customer | Type | RHrs | Payrate | OHrs | OTPayrate | DH | Salary | AdjGrMisc | Units | URate | TotalPay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/2015 | IPC Energy Services | Reg | 4 | $13.00 | 0 | $19.50 | 0 | $0.00 | $0.00 | 0 | $0.00 | $52.00 |
| **Total Earnings** | | | | | | | | | | | | **$52.00** |

YTD Gross: **$52.00**          Net: **$20.09**

| Tax | Tax | YTDTax | YTDTaxable | Allow | AddWH |
|---|---|---|---|---|---|
| EFica | $3.22 | $3.22 | $52.00 | 0 | $0.00 |
| EMed | $0.75 | $0.75 | $52.00 | 0 | $0.00 |
| EmedSu | $0.00 | $0.00 | $0.00 | 0 | $0.00 |
| PAEEU | $0.04 | $0.04 | $52.00 | 0 | $0.00 |
| PANA | $1.60 | $1.60 | $52.00 | 0 | $0.00 |
| USS | $25.78 | $25.78 | $52.00 | 0 | $25.00 |
| XPAB1 | $0.26 | $0.26 | $52.00 | 0 | $0.00 |
| YPABU | $0.26 | $0.26 | $52.00 | 0 | $0.00 |

JOHN W POWERS
135 MERCER ST, APT 2
Butler, PA  16001

**KRIBERNEY BROS. CONSTRUCTION INC.**                                                                                          **1736**

001670  JOHN W. POWERS

Payroll Statement
Current Pay Period
Sep 11, 2014

| Earnings | Hours | Rate | Amount | Witholding Taxes Description | Amount | Deductions Description | Amount |
|---|---|---|---|---|---|---|---|
| REGULAR EA | 79.50 | 13.500 | 1,073.25 | FEDERAL W/H TAX | 127.77 | LOCAL SERVICES T | 2.00 |
|  |  |  |  | SOCIAL SECURITY | 66.55 |  |  |
|  |  |  |  | MEDICARE | 15.56 |  |  |
|  |  |  |  | PA STATE | 32.95 |  |  |
|  |  |  |  | PA SUI | 0.75 |  |  |
|  |  |  |  | PSD | 10.73 |  |  |
|  |  |  |  | Current Tax | 254.31 |  |  |
| Current Earn | 79.50 |  | 1,073.25 |  |  | Current Ded | 2.00 |

Net Pay  816.94

**KRIBERNEY BROS. CONSTRUCTION INC.**                                                                                          **1736**

| Accumulative Earnings | Quarter To Date | Year To Date | Accumulative Taxes | Quarter To Date | Year To Date | Accumulative Deductions | Quarter To Date | Year To Date |
|---|---|---|---|---|---|---|---|---|
| OVERTIME EA | 546.75 | 884.25 | FEDERAL W/ | 809.13 | 1,430.52 | LOCAL SER | 12.00 | 22.00 |
| REGULAR EA | 6,176.25 | 11,088.75 | MEDICARE | 97.48 | 173.61 |  |  |  |
|  |  |  | SOCIAL SEC | 416.83 | 742.33 |  |  |  |
|  |  |  | PA STATE | 206.39 | 367.57 |  |  |  |
|  |  |  | PA SUI | 4.70 | 8.38 |  |  |  |
|  |  |  | PSD | 67.23 | 119.74 |  |  |  |
| Total | 6,723.00 | 11,973.00 | Total | 1,601.76 | 2,842.15 | Total | 12.00 | 22.00 |

LMP100    M/P CHECK

51N311/39287

**KRIBERNEY BROS. CONSTRUCTION INC.**  Payroll Statement  **1722**
001670  JOHN W. POWERS  Current Pay Period
Aug 28, 2014

| Earnings | Hours | Rate | Amount | Witholding Taxes Description | Amount | Deductions Description | Amount |
|---|---|---|---|---|---|---|---|
| REGULAR EA | 61.50 | 13.500 | 830.25 | FEDERAL W/H TAX | 91.32 | LOCAL SERVICES T | 2.00 |
| | | | | SOCIAL SECURITY | 51.47 | | |
| | | | | MEDICARE | 12.04 | | |
| | | | | PA STATE | 25.49 | | |
| | | | | PA SUI | 0.58 | | |
| | | | | PSD | 8.30 | | |
| | | | | Current Tax | 189.20 | | |
| Current Earn | 61.50 | | 830.25 | | | Current Ded | 2.00 |

Net Pay  **639.05**

**KRIBERNEY BROS. CONSTRUCTION INC.**  **1722**

| Accumulative Earnings | Quarter To Date | Year To Date | Accumulative Taxes | Quarter To Date | Year To Date | Accumulative Deductions | Quarter To Date | Year To Date |
|---|---|---|---|---|---|---|---|---|
| OVERTIME EA | 546.75 | 884.25 | FEDERAL W/ | 681.36 | 1,302.75 | LOCAL SER | 10.00 | 20.00 |
| REGULAR EA | 5,103.00 | 10,015.50 | MEDICARE | 81.92 | 158.05 | | | |
| | | | SOCIAL SEC | 350.28 | 675.78 | | | |
| | | | PA STATE | 173.44 | 334.62 | | | |
| | | | PA SUI | 3.95 | 7.63 | | | |
| | | | PSD | 56.50 | 109.01 | | | |
| Total | 5,649.75 | 10,899.75 | Total | 1,347.45 | 2,587.84 | Total | 10.00 | 20.00 |

LMP100   M/P CHECK

51N311/39287

**KRIBERNEY BROS. CONSTRUCTION INC.**

001670  JOHN W. POWERS

Payroll Statement
Current Pay Period
Aug 14, 2014

**1708**

| Earnings | Hours | Rate | Amount | Witholding Taxes Description | Amount | Deductions Description | Amount |
|---|---|---|---|---|---|---|---|
| OVERTIME EA | 16.00 | 20.250 | 324.00 | FEDERAL W/H TAX | 177.38 | LOCAL SERVICES T | 2.00 |
| REGULAR EA | 80.00 | 13.500 | 1,080.00 | SOCIAL SECURITY | 87.05 | | |
| | | | | MEDICARE | 20.36 | | |
| | | | | PA STATE | 43.10 | | |
| | | | | PA SUI | 0.98 | | |
| | | | | PSD | 14.04 | | |
| | | | | Current Tax | 342.91 | | |
| Current Earn | 96.00 | | 1,404.00 | | | Current Ded | 2.00 |

Net Pay  1,059.09

**KRIBERNEY BROS. CONSTRUCTION INC.**  **1708**

| Accumulative Earnings | Quarter To Date | Year To Date | Accumulative Taxes | Quarter To Date | Year To Date | Accumulative Deductions | Quarter To Date | Year To Date |
|---|---|---|---|---|---|---|---|---|
| OVERTIME EA | 546.75 | 884.25 | FEDERAL W/ | 590.04 | 1,211.43 | LOCAL SER | 8.00 | 18.00 |
| REGULAR EA | 4,272.75 | 9,185.25 | MEDICARE | 69.88 | 146.01 | | | |
| | | | SOCIAL SEC | 298.81 | 624.31 | | | |
| | | | PA STATE | 147.95 | 309.13 | | | |
| | | | PA SUI | 3.37 | 7.05 | | | |
| | | | PSD | 48.20 | 100.71 | | | |
| Total | 4,819.50 | 10,069.50 | Total | 1,158.25 | 2,398.64 | Total | 8.00 | 18.00 |

LMP100   M/P CHECK

51N311/39287